# United States Court of Appeals
## For the First Circuit

No. 22-1207

UNITED STATES,

Appellee,

v.

BERNARDITO CARVAJAL, a/k/a Christian Mendez-Acevedo,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on October 26, 2023, is amended as follows:

On page 10, line 12, replace " 18 U.S.C. § 3231" with "18 U.S.C. § 3742"

On page 16, line 8, replace "Tonks'" with "Tonks's"